IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| QUEEN "B" PRODUCTIONS,<br><br>                  Plaintiff,<br><br>   v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"<br><br>                  Defendants. | Case No. 25-cv-04926<br><br>**Judge Thomas M. Durkin**<br><br>**Magistrate Judge Maria Valdez** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Queen "B" Productions hereby dismisses this action without prejudice as to the following Defendants:

| Defendant Seller Alias | Schedule A Line No. |
|---|---|
| daintyminiart | 162 |
| LZH 1997 | 163 |

Dated this 16th day of June 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Queen "B" Productions*

1